## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICHAEL ANTHONY SHEPARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 06-045-JLF** |
| | ) | |
| **DR. SHAH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

The Court previously directed Plaintiff to file a motion for leave to proceed *in forma pauperis*, along with a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint (Doc. 7). Plaintiff has now submitted a copy of his trust fund statement, but he has not yet filed a motion for leave to proceed *in forma pauperis*.

**IT IS HEREBY ORDERED**, once again, that within **THIRTY (30) DAYS** of the date of the entry of this order, Plaintiff shall submit a motion for leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that upon conclusion of this thirty-day period, should Plaintiff fail to comply with this order, this case ***will*** be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

The Clerk is **DIRECTED** to provide Plaintiff with the appropriate forms to enable him to comply with this order.

        **IT IS SO ORDERED.**              *s/ James L. Foreman*
        **DATED: March 2, 2006.**             **DISTRICT JUDGE**