# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICHAEL ANTHONY SHEPARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 06-045-JLF** |
| | ) | |
| **DR. SHAH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

In two separate orders (Docs. 7, 9), the Court directed Plaintiff to file a motion for leave to proceed *in forma pauperis*, along with a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint.  Although he eventually filed his trust fund statement, (Doc. 8), Plaintiff still has not yet filed a motion for leave to proceed *in forma pauperis*, even though the Clerk has provided him with the required forms that he need only fill out, sign, and return to the Court.  The Court previously advised Plaintiff that failure to file this motion, as required by federal statute, would result in dismissal of this action.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice for failure to comply with an order of this Court.  FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**                                   *s/ James L. Foreman*
**DATED:   April 20, 2006.**                        **DISTRICT JUDGE**